12 A.3d 286

COMMONWEALTH of Pennsylvania, Respondent

v.

REAL PROPERTY AND IMPROVEMENTS, commonly known as 2048 Reed Street Philadelphia PA, Petitioner.

No. 110 EM 2010.

Supreme Court of Pennsylvania.

Jan. 10, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of January, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**